**J. P. Bray, appellant, v. George A. Seaverns, Jr., appellee. Gen. No. 26,036.**

Action to recover commissions earned by procuring automobile insurance business for broker. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

John W. Marshall, for appellant; A. H. Ranes and Corinne L. Rice, of counsel. Mayer, Meyer, Austrian & Platt, for appellee; Alfred S. Austrian, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**William D. Biel, appellee, v. Lillian Aller, appellant. Gen. No. 26,092.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

J. H. Landes, for appellant; Samuel A. Strauss, of counsel. Justin F. McCarthy and Elmer M. Leesman, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**The People of the State of Illinois for use of Oak Park Trust & Savings Bank, appellee, v. John A. McCormick et al., appellants. Gen. No. 26,116.**

Action upon an appeal bond. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Edward T. Noonan, for appellants. Henry R. Baldwin, for appellee. Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Marion E. Davenport, plaintiff in error, v. John Louis Davenport, defendant in error. Gen. No. 25,854.**

Bill for divorce on ground of desertion. Cross-bill by husband charging attempt to take his life. Decree for cross-complainant. Error to the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

William A. Jennings, for plaintiff in error. Bernstein, Zolla & Bernstein, for defendant in error; Fred Bernstein, of counsel.

Mr. Justice Dever delivered the opinion of the court.